**Continuing Abatement Order filed September 8, 2016**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00216-CR

———————

### RICHARD T. MARTIN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court at Law No. 9**
**Harris County, Texas**
**Trial Court Cause No. 2067135**

## CONTINUING ABATEMENT ORDER

On June 28, 2016, this court directed the trial court to conduct a hearing in this case to determine whether appellant desires to prosecute his appeal, and, if so, whether appellant is indigent and, thus entitled to a free record and appointed counsel on appeal. Our order required the trial judge to see that a record of the hearing is made, make findings of fact and conclusions of law, and order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and conclusions. The transcribed record of the hearing and the courts

findings and conclusions were to be filed with the clerk of this court on or before July 28, 2016. On July 12, 2016, the trial court held a hearing at which the State appeared, but appellant did not appear. A record of the hearing was filed July 20, 2016. The trial court noted on the record that at trial appellant represented himself, did not indicate any indigency issues, and filed paperwork saying the court has no jurisdiction to administer his estate. The trial court did not make any findings of fact as to whether appellant has abandoned his appeal or whether he is entitled to a free record and/or appointed counsel on appeal. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party. The trial court's findings are due on or before **September 29, 2016.**

It is so ORDERED.

PER CURIAM